UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN HO LEE, | ) |
| | ) Case No. CV 08-5289-SVW(AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| WARDEN HARTLEY, et al., | ) |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 3, 2008

_____
Stephen V. Wilson
United States District Judge